**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| M.S. | : | No. 30 MAL 2019 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| K.S. | : | |
| | : | |
| | : | |
| PETITION OF: J.W.M. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.